**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BROCK SLIPSAGER**, <br><br>           Plaintiff, <br><br>   vs. <br><br> **UNION PACIFIC RAILROAD COMPANY**, and Does 1 through 10, inclusive, <br><br>           Defendants. | Case No.: 12-cv-5421 YGR <br><br> **ORDER SETTING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the Notice of Settlement filed November 15, 2013, that the above-captioned case has settled. The trial date, and all current hearings and deadlines, shall be **VACATED**.

A compliance hearing shall be held on **Friday, January 10, 2014,** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: November 19, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**